1  David Cohen aka Bezad Cohen aka Bezad
2  Kahoolyzadeh
3  5721 South Compton Avenue
   Los Angeles, CA 90011
4  Phone: 310-746-3243
5  Bezadkahoolyzadeh@gmail.com
6
7
8  Bezad Cohen
   In Pro Per
9

**FILED**

**NOV 2 5 2020**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____  Deputy Clerk

## UNITED STATE BANKRUPTCY COURT
## CENTRAL DISTRIC OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: Michael Goland;<br>Debtor | Chapter 7<br>Case No. 1:15-bk-14213-GM |
| ———————————————— | Adv. No: _____ |
| David Cohen aka Bezad Cohen aka<br>Bezad Kahoolyzadeh, Plaintiff and<br>Creditor | **Verified Complaint For:** |
| vs.<br>Gerry Burk, an individual and as<br>Trustee of the 5721 Trust; Nancy<br>Zamora, as Chapter 7 Trustee<br>Defendants | 1) **Declaratory Relief;**<br>2) **Breach of Fiduciary Duty-Seizure of Rent and Failure to Manage Asset Properly;**<br>3) **Breach of Fiduciary Duty-Failure to Manage Estate Assets Properly For Benefit of Creditors** |

Plaintiff and Creditor David Cohen aka Bezad Cohen aka Bezad Kahoolyzadeh (hereafter "Plaintiff"), individually and in his capacity as beneficiary of the Bezad Kahoolyzadeh/Bezad Cohen Trust, executed on January 28, 2005 respectfully submits his adversarial complaint as follows:

## **JURISDICTION**

1.    Federal courts have original jurisdiction over all bankruptcy matter 28

U.S.C. §1334. This matter arises out of the Chapter 7 case filed by Debtor Michael R. Goland (Debtor) Case No. 1:15-bk-14213-GM, now pending in this Court. The matter is believed to be a core proceedings pursuant to 28 U.S.C. §157.

2.    In the event that any part of this adversary proceeding is found to be non-core, Plaintiff's desire is that all matters, core and non-core, be heard by the district court for economy of interest and consistent judgment as all causes of action revolve around a common nucleus of facts.

## VENUE

3.    Venue is proper in the Central District of California pursuant to provisions 28 U.S.C. §1409.

## JURY TRIAL

4.    If any causes of action listed herein are ripe for a jury trial, then for those causes of action a jury trial is requested.

## PARTIES

5.    Plaintiff Bezad Cohen aka Bezad Kahoolyzadeh ("Plaintiff") is, and at all material times, was an individual residing in Los Angeles County, California. At all material times, Plaintiff was the owner of National Resources, Inc. ("NR").

6.    Gerry Burk ("Burk" or "Trustee") is, and at all material times, was an individual residing in Los Angeles County, California and the trustee of the 5721 Trust.

7.    Nancy Zamora ("Zamora") is, and at all material times, was the trustee of the Estate of Michael Goland.

## BACKGROUND

8.    All causes of action herein revolve around that certain real property commonly known by the street address of 5721 and 5711 S. Compton Ave. Los Angeles, CA 90010 and  also identified as APN #5104-025 and APN #5104-026-026 (the "Property") located at 5721-5711 Compton Avenue Los Angeles, CA 90011.

9.    Around 2008, NR filed bankruptcy in USBC Case No. 2:01-bk-26407-VZ and in respect of which the Property was abandoned to the Debtor in the Trustee's Final

1  Report of the trustee filed on 1/20/09 as Doc. 89 therein. Thereafter, NR transferred all of
2  its right, title and interest in the Property to Plaintiff, who never transferred the Property
3  to any other party and is the rightful owner of the Property.

4      10.    Settlor, Compton Slauson Property Enterprises, Inc. ("Settlor"), established
5  the trust (the "Trust") known as the Bezad Kahoolyzadeh/Bezad Cohen Trust, on January
6  25, 2005, by executing a Memorandum of Trust with CSPEI Trust, the sole shareholder
7  of Settlor. A Certification of Trust in respect of the Trust, executed by Gerry Burk,
8  Trustee (the "Trustee" or "Burk"), was recorded on August 2, 2011 in the real property
9  records of the County of Los Angeles. Attached hereto as **Exhibit A** is a true and correct
10 copy of the Certification of Trust recording the Trust. The Trust is a revocable charitable
11 trust which Zamora could have revoked but never did. Settlor is a corporation organized
12 under the laws of the State of California suspended from doing business in California.

13     11.    Burk was appointed the Trustee of the Trust in 2005, and Plaintiff is
14 informed and believes that Trustee has worked in the capacity of Trustee for the Trust
15 since the establishment of the Trust in 2005. Plaintiff is informed and believes that Burk
16 is a professional fiduciary and who is required to be licensed under Chapter 6
17 (commencing with Section 6500) of the Division 3 of the Business and Professions Code
18 but is not licensed.

19     12.    Plaintiff is a beneficiary of the Trust; however, Plaintiff was never notified
20 of the existence of the Trust by either Settlor, Trustee, or any other party. Plaintiff did not
21 learn of the existence of the Trust until substantially after it was established and has never
22 been accounted to under the Trust and has never consented to any of the actions of the
23 Trustee.

24     13.    Kings Canyon Consortium, Inc. is a Nevada Corporation ("KCC"). It is
25 owned and controlled by Burk, who is an officer and director thereof.

26     14.    To the extent Plaintiff is not the owner of the Property, the corpus of the
27 Trust is, and at all material times was, the Property. The Property was transferred to the
28 Trust by Quitclaim Deed on February 8, 2005 and recorded in the real property records

of the county of Los Angeles.  Attached hereto as **Exhibit B** is a copy of the Quitclaim Deed.

15.    Consistent with the foregoing, the terms of the Trust state, *inter alia*:

"TWO: The purpose of the Trust is to prepare and sell property located at 5721 and 5711 Compton Avenue, Los Angeles, CA 90010 and to then distribute the net sale proceed received to either (i) Bezad Kahoolyzadeh, aka Bezad Cohen (the original property owner of this Trust's asset as set forth herein and who had made demand for return of this property in this Trust), if he makes demand as the beneficiary of the Trust; (ii) to the creditors or claimants of Bezad Kahoolyzadeh or of the Trust's assets, who assert valid claims to the Trust or the assets, and/or (iii) to charitable activities and charitable organizations if there is a surplus remaining after all Trustee approved creditors, claimants, and/or beneficiary have asserted and been paid the corpus, all to the above claims and distributions to any party shall be made in the sole and absolute determination of the Trustee."

"The property owned by Compton Slauson Property Enterprises, Inc. is upon quitclaim by the Settlor/Trustor, this Trust's corpus; the common address is 5721 and 5711 S. Compton Ave. CA 90010 and is also identified as APN #5104-025 and APN #5104-026-026."

16.    During the period of January 19, 1989 to April 19, 2005, the Property was subject to a Deed of Trust (the "Deed of Trust"), dated January 10, 1989 executed by Bezad Kahoolyzadeh to First American Title Insurance Company and recorded as Instrument No. 89084668 on January 18, 1989 in the County Recorder of Los Angeles County California. As of April 19, 2005 the owner/beneficiary thereof was Kings Canyon Partner, which on April 20, 2005 assigned all of its interest in the Deed of Trust to the Trust.  Attached hereto as **Exhibit C** is a copy of the Assignment of Deed of Trust. Accordingly, as of April 20, 2005.  Thus, as a result of the transfer of the Deed of Trust to the Trust on April 20, 2005, the Deed of Trust and the obligation pursuant thereto was extinguished as a result of the doctrine of merger and pursuant to Civil Code Sections

805 and 811.

17.    As a result of the assignment of the Deed of Trust to the Trust, the Deed of Trust ceased to exist.

18.    Thereafter, on November 26, 2013, Trustee transferred the Property to himself as Trustee of the 5721 Trust. Attached hereto as **Exhibit D** is a copy of the Grant Deed. Said transfer was not for the benefit of the beneficiaries or consistent with the Trust purposes and constituted self-dealing on the part of the Trustee and was done with the intent to defraud Plaintiff of the benefits of the Trust.

19.    Then, notwithstanding the non-existence of the Deed of Trust, on September 2, 2014, the Trustee, acting on behalf of the Trust (and inconsistent with his actions in transferring the Property to the 5721 Trust) foreclosed on the merged Deed of Trust on June 25, 2014 and recorded a Trustee's Deed Upon Sale to purportedly transfer the property to his owned and controlled company, KCC. Attached hereto as **Exhibit E** is a copy of the Trustee's Deed Upon Sale. Said foreclosure was not for the benefit of the beneficiaries or consistent with the Trust purposes and constituted self-dealing damaging to the beneficiary and done with the intent to defraud Plaintiff of the benefits of the Trust.

20.    During the period of 2005 to approximately November 2015, Plaintiff is informed and believes that Trustee leased the Property to Triple Images, LLC and Trustee collected rent at a yearly rate of $1650 per month for the year of 2005 and $2200 per month since 2006 for a total of $281,600, which Plaintiff is informed and believes Trustee has applied to his own account in excess of his permitted compensation and not for permitted purposes under the Trust and as a result of self-dealing and in violation of his duty to the beneficiaries of the Trust and with the intent to defraud Plaintiff of the benefits of the Trust. Since Trustee has never acted for the beneficiaries he is not entitled to compensation nor did he do any work for the benefit of the Trust that justified his receipt of these monies.

21.    Trustee's conduct as aforesaid has damaged the beneficiaries and was undertaken in direct violation of their rights. Moreover, Trustee's conduct described

herein was done with a conscious disregard of Plaintiff's rights and with the intent to vex, injure or annoy Plaintiff, such as to constitute oppression, fraud or malice under Cal. Civil Code § 3294, entitling Plaintiff to punitive damages which should be an amount appropriate to punish or set an example of Plaintiff.

22.    Plaintiff is informed and believes that the rightful owner of the Property is the Trust and/or, alternatively, Plaintiff and/or his companies.

23.    The principal place of administration of the Trust is currently in Los Angeles, CA county of Los Angeles and the Property the Trust purportedly holds is located in Los Angeles, CA county of Los Angeles.

## BACKGROUND

24.    Plaintiff is informed and believes that on 11/23/15, Burk mailed formal notice to the current tenant of Property, Triple Images, LLC, (TI) that Burk asserted his rights pursuant to California Civil Code §2938 to the rent.

25.    Plaintiff is informed and believes that on or about 11/23/15, Burk served TI notice that starting January 1, 2016, the rent for the Property will be $5,000 per month which Plaintiff is informed and believes was the fair rental value for the Property in November, 2015.

26.    On 12/30/15, Debtor filed a Chapter 7 petition (Petition). The debtor's schedules did not identify an ownership or fiduciary interest in Property.

27.    Plaintiff is informed and believes that on 3/2/17, KCC issued a fraudulent grant deed of Property to Gerry Burk as trustee of the 5721 Trust. Plaintiff is informed and believes that sometime after the Property was granted to the 5721 Trust, the trustee of the 5721 Trust improperly and fraudulently assigned to Burk its right to the rent from Property which Plaintiff did not discover until November 5, 2020.

28.    On 6/21/17, Zamora filed a motion to operate Property claiming that the Estate owned the Property and sought authorization to manage the Property.

29.    On 8/8/17, the Court approved Zamora's request to *operate* the Property. The Court made no findings of facts nor did it make any ruling concerning the Estate's

ownership or interest in the Property.

30.    At the time motion to operate the Property was granted, Zamora indicated that at some future date, Zamora would file an adversarial complaint to establish the Estate's right to the Property and the rent.

31.    On 11/26/19, Zamora abandoned all its claims to Property and rent, and petition Court to sell all Estate rights, if any, in Property to TI.

32.    On 1/19/20, Court approved sale of all rights the Estate had in Property, if any, to TI.

33.    On or about 4/13/20, Zamora petitioned the Court to close the bankruptcy and distribute all assets of the Estate. Zamora's proposal distributed all Estate assets to Zamora, Zamora's attorneys and the Estate accountant. Creditors are to receive nothing.

34.    Zamora neither filed an Adversary Petition or a Motion to determine the Estate's ownership or interest in the Property prior to 4/13/20.

35.    The names and last known addresses of all persons who have or had an interest in the Trust that is the subject of this proceeding are as follows:

| Name/Relationship | Address |
| --- | --- |
| Gerry Burk, adult<br>And trustee of 5721 Trust | 1702 S. Robertson #229<br>Los Angeles, CA 90035;<br>1800 S. Robertson #229<br>Los Angeles, CA 90035 |
| King Canyon Consortium, Inc.<br>(Nevada Corp.) | 1800 S. Robertson<br>Los Angeles, CA 90035 |
| Compton Slauson Property Enterprises, Inc.<br>(Cal. Corp.) | c/o Michael Goland (Agent)<br>9221 Whitworth Drive<br>Beverly Hills, CA 90212. |

| | |
|---|---|
| 1 | CSPEI Trust |
| 2 | |
| 3 | |
| 4 | |
| 5 | Attorney General |
| 6 | |

c/o Michael Goland/Trste

(and/or unknown)

P.O. Box 3779

Beverly Hills, CA 90212

300 South Sprint St.

Los Angeles, CA 90013

36.  Plaintiff is not aware of any requests for special notice having been served or filed pertaining to this action.

## FIRST CAUSE OF ACTION

### (Declaratory Judgment as to Ownership of the Rent)

37.    Plaintiff incorporates the allegations contained in paragraphs 1 to 36 above as if fully set forth herein.

38.    A controversy has arisen as to who is entitled to the rental income that the Estate collected as rent for the Property in excess of approx. $100,000.

39.    Trustee asserts that the Estate is the proper owner.

40.    Burk asserts that Burk is the proper owner.

41.    Plaintiff asserts he is entitled to the rental income, or if not, then the title owner of record for Property is the proper owner of the rents on the Property, but at no time did the Estate have any interest in the rental income.

42.    Pursuant to Rule 7001 the court is requested to make a determination as to who is entitled to the rental income collected by the Trustee from the Property, the Estate, Burk, Plaintiff, or the title owner of record.

## SECOND CAUSE OF ACTION

### (Breach of Fiduciary Duty—Seizure of Rent and Failure to Manage Asset Properly)

41.    Plaintiff incorporates the allegations contained in paragraphs 1 to 42 above as if fully set forth herein.

42.    A trustee has a fiduciary obligation not to seize the property of another  and if seized, the trustee has a fiduciary duty to care and maintain property for the benefit of

1  the beneficial owner. The fiduciary duty obligates the trustee to maximize the rental

2  income of the seized property on behalf of the beneficiaries.

3     43.    Trustee knowingly breached this fiduciary duty as Trustee seized control of

4  Property directly interfering with Plaintiff's right to the rental income.

5     44.    Additionally, during the time Trustee had control of the Property, Trustee

6  failed to collect the actual fair market rent for the Property. According to the Trustee's

7  Final Report filed on May 19, 2020, the Trustee only collected $21 per month from TI

8  since April, 2017. This is far below the fair rental value of a similar property in the same

9  condition in the same neighborhood. Plaintiff is informed and believes that the amount of

10  uncollected rent the Trustee failed to collect exceeds $110,000.

11     45.    The seizure of Property and failure to collect fair market rent directly

12  harmed Plaintiff.

13     46.    Plaintiff seeks payment by Trustee in the amount equal to rent collected,

14  with interest, and the difference between the rent collected and the fair market value of

15  rent on the Property during the time Trustee operated the Property, with interest.

16                    **THIRD CAUSE OF ACTION**

17     **(Breach of Fiduciary Duty—Failure to Manage Estate Asset Properly For**

18                         **Creditor's Benefit)**

19     47.    Plaintiff incorporates the allegations contained in paragraphs 1 to 45 above

20  as if fully set forth herein.

21     48.    Alternatively, if the Court determines that the right to the rent belongs to the

22  Estate, then Trustee breached its fiduciary duty by failing to collect the fair market rent

23  on the Property for the benefit of the Estate.

24     49.    Said failure harmed Plaintiff, who is a creditor, and all creditors of the

25  Estate. Had the Trustee collected the fair market rent, then there would have been a

26  distribution to the creditors based on the Trustee's final report.

27     50.    Plaintiff seeks payment from Trustee to the Estate in the amount equal to the

28  difference between the rent collected on Property and the fair market value of rent that

should have been collected on Property, with interest.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, prays that this Court issue an order as follows:

**As to the first cause of action:**

1.    That the Court enter a declaratory judgment that determines the rights and ownership of the rents collected by the Estate.

2.    That Plaintiff is entitled to an order removing the Trustee under Probate Code §17200(b)(10) and the appointment of a new trustee.

3.    That Plaintiff is entitled to damages in an amount according to proof for breach of fiduciary duty of the Trustee under Probate Code §17200(b)(12) and the imposition of exemplary damages as determined by the Court.

4.    That Plaintiff is entitled to costs of suit incurred herein, including reasonable attorney's fees to the extent permitted by law, including pursuant to Probate Code §17211(b).

**As to the second cause of action:**

5.    That the Court find that the Trustee breached its fiduciary duty of care by seizing the Property; that the Trustee be ordered to turn over to Plaintiff all of the rents collected, with interest, plus the amount equal to the difference between the rent collected and the fair market value of rent that should have been collected, with interest.

**As to the third cause of action:**

6.    That the Court order the Trustee to pay the Estate the amount equal to the difference between the rent collected and the fair market value of rent that should have been collected, plus interest.

7.    For such other relief as is just and proper.

Respectfully Submitted,

Bezad Cohen, Plaintiff

Date: November 23, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

RECORDING REQUEST BY

05 0381455

WHEN RECORDED MAIL TO

NAME *Gerry Burk, Trustee*

MAILING
ADRESS *1608 S. Robertson #229*

CITY,STATE
ZIP CODE *Los Angeles, CA 90035*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

*MEMORANDUM OF TRUST*




This page is part of your document - DO NOT DISCARD

05 0381455

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

2:41 PM FEB 18 2005

TITLE(S) :




L E A D   S H E E T

| FEE | | | D.T.T |
|-----|-----|-----|-----|
| FEE $19    I | | | |
| DAF $2 | | | |
| C-20      5 | | | |

CODE
20

CODE
19

CODE
9

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.      Number of AIN's Shown




THIS FORM NOT TO BE DUPLICATED



This page is part of your document - DO NOT DISCARD

## 20111030495



 Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/02/11 AT 08:00AM**

| | |
|---|---|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |






LEADSHEET



201108020130002

00004473374


003424945

SEQ:
24

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED          T29

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

WHEN RECORDED MAIL TO:

Law offices of Les Zieve
18377 Beach Blvd. #210
Huntington Beach, CA 92648

08/02/2011

*20111030495*

Order No.: 4884042
Escrow No.:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## CERTIFICATION OF TRUST
### California Probate Code Section 18100.5

The undersigned declare(s) under penalty of perjury under the laws of the State of California that the following is true and correct:

1. The Trust known as Bezad Kahoolyzadeh/Bezad Cohen Trust , executed on January 28, 2005, is a valid and existing trust.

2. The name(s) of the settlor(s) of the Trust is (are): Michael Goland.

3. The name of the currently acting trustee: Gerry Burk.

4. The trustee(s) of the Trust have the following powers (initial applicable line(s)):
   - __x__ Power to acquire additional property.
   - __x__ Power to sell and execute deeds.
   - __x__ Power to encumber, and execute deeds of trust.
   - __x__ Other: Any power necessary to manage, operate and protect the trust

5. The Trust is (check one): __x__ Revocable _____ Irrevocable

   The name of the person who may revoke the Trust is Michael Goland.

6. The number of trustees who must sign documents in order to exercise the powers of the Trust is
   ___1___, whose name is: Gerry Burk.

7. Title to Trust assets is to be taken as follows: Gerry Burk as Trustee for Bezad Kahoolyzadeh/Bezad Cohen Trust.

8. The Trust has not been revoked, modified or amended in any manner which would cause the representations contained herein to be incorrect.

9. I am (the currently acting trustees.

10. I understand that I may be required to provide copies of excerpts from the original Trust documents which designate the trustees and confer the power to act in the pending transaction.

Dated: __6/7/11__

Gerry Burk, Trustee,
Bezad Kahoolyzadeh/Bezad Cohen Trust

(Acknowledgement must be attached)

## All Purpose Acknowledgment

State of California
County of Los Angeles _____ )

On June 27, 2011 before me, __Whami Hwang__
Notary Public, personally
appeared _Gerry Burk_____ who proved to me
on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed
the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Whami Hwang___ (Seal)

WHAMI HWANG
COMM. # 1781706
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Aug. 10, 2011

## MEMORANDUM OF TRUST    05 0381455

ONE:  On January 28, 2005, a trust to be known as the "Bezad Kahoolyzadeh/Bezad Cohen Trust" (the "Trust") was formed.

TWO:  The purpose of this Trust is to prepare and sell property located at 5721 and 5711 Compton Avenue, Los Angeles, CA 90010 and to then distribute the net sale proceeds received to either: (i) Bezad Kahoolyzadeh, aka Bezad Cohen (the original property owner of this Trust's asset as set forth herein and who had made demand for return of this property in this Trust), if he makes demand as the beneficiary of the Trust; (ii) to the creditors or claimants of Bezad Kahoolyzadeh or of the Trust's assets, who assert valid claims to the Trust or the assets; and/or (iii) to charitable activities and charitable organizations if there is a surplus remaining after all Trustee approved creditors, claimants, and/or beneficiary have asserted and been paid the corpus; all of the above claims and all distributions to any party shall be made in the sole and absolute determination and discretion of the Trustee.

THREE:  The name and business address of this Trust's initial agent for service is process is Gerry Burk, 1800 So. Robertson, # 229, Los Angeles, CA 90035

FOUR:  The liability of the Trustee of this Trust for monetary damages shall be eliminated to the fullest extent permissible under California law.

FIVE:  This Trust is authorized to provide indemnification of agents for breach of duty to the Trust, to the Trustee, and the Trustor through the provisions of the Trust, agreements with agents, actions of the Trustees, or otherwise, in excess of the indemnification otherwise permitted by California Code.

SIX:  The Trust will distribute, on an annual basis, all proceeds from whatever Trust sources are available and after paying all Trust expenses including the Trustee's fees calculated at $150/hour.  Notwithstanding the foregoing, should the Trustee in his sole and absolute discretion, determine that funds may be needed for Trust purposes in any subsequent year, the Trustee may reserve any or all proceeds derived from the property up to five years from the date of the Trust's formation, at which time, the Trustee will sell for cash any still remaining Trust assets and then distribute such cash as he deems, in his absolute discretion, to be reasonable and consistent with the directives of this Trust..

SEVEN:  The Trustee will oversee and control all of the actions and activities of the Trust.  The Trustee is Gerry Burk; the Trustee has agreed to serve as Trustee with compensation at $150/hour. Should the Trustee for any reason not be able to continue to serve as Trustee, then

1
BEZAD KAHOOLYZADEH/BEZAD COHEN TRUST; MEMORANDUM OF TRUST

05  0381455

the Trustee (or thereafter if not designated by the Trustee, the Settler/Trustor), shall determine who shall be the successor Trustee.  The Trustee's execution of documents is binding on the Trust.

The property owned by Compton Slauson Property Enterprisers, Inc. is, upon quitclaim by the Settler/Trustor, this Trust's corpus; the common address is 5721 and 5711 S. Compton Ave., CA 90010 and is also identified as APN #5104-026-025 and APN #5104-026-026. The Settler also gives $10.00

In Witness Whereof, the undersigned executes this Memorandum of Trust on January 28, 2005.

Gerry Burk, Trustee                          Compton Slauson Property Enterprises, Inc., Trustor/Settler

_____                By: _____
Gerry Burk, Trustee                                  Michael Goland, President, CSPEI

                                                              CSPEI Trust

                                                              By: _____
                                                                    Michael Goland, Trustee of CSPEI Trust, the sole
                                                                    shareholder of Compton Slauson Property
                                                                    Enterprises, Inc.

05 0381455

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ } ss.

On _2/18/05_, before me, _Jay Kim, Notary Public_
    Date                       Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Gerry Burk_
                                Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JAY KIM
COMM. #1479460
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 29, 2006
BCT5

WITNESS my hand and official seal.

_Jay Kim_
Signature of Notary Public

Place Notary Seal Above

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _Memorandum of Trust_

Document Date: _1/28/05_        Number of Pages: _2_

Signer(s) Other Than Named Above: _Michael Goland_

**Capacity(ies) Claimed by Signer**
Signer's Name: _Gerry Burk_
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☒ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

05 0381455 

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of **Los Angeles** } ss.

On **2/18/05**, before me, **Jay Kim, Notary Public**
_____Date_____                  Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared **Michael Goland**
_____ Name(s) of Signer(s)

☐ personally known to me

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Jay Kim_
Signature of Notary Public

[Notary Seal: JAY KIM, COMM. #1479460, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires Mar. 29, 2008]

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: **MEMORANDUM OF TRUST**

Document Date: **1/28/05**                Number of Pages: **2**

Signer(s) Other Than Named Above: **Gerry Burk**

**Capacity(ies) Claimed by Signer**
Signer's Name: **Michael Goland**
☐ Individual
☒ Corporate Officer — Title(s): **President**
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: **Compton Slauson Property Enterprises, Inc.**

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association · 9350 De Soto Ave., P.O. Box 2402 · Chatsworth, CA 91313-2402 · www.nationalnotary.org     Prod. No. 5907     Reorder: Call Toll-Free 1-800-876-6827

05 0381455

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles                } ss.

On 2/18/05, before me, Jay Kim, Notary Public
Date                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared Michael Goland
Name(s) of Signer(s)

☐ personally known to me

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

JAY KIM
COMM. #1479460
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 29, 2008

Place Notary Seal Above

Signature of Notary Public

─────────── OPTIONAL ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: MEMORANDUM OF TRUST

Document Date: 1/28/05                    Number of Pages: 2

Signer(s) Other Than Named Above: Gerry Burk

## Capacity(ies) Claimed by Signer

Signer's Name: Michael Goland

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☒ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: CSPEI Trust

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

3

RECORDING REQUESTED BY

05 0381456

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

NAME      Gerry Burk, Trustee

ADDRESS    1800 So. Robertson, #159 #229

CITY      Los Angeles
STATE & ZIP   CA 90035    "The value of the property in this conveyance, exclusive of liens and encumbrances is $100 or less
and there is no additional consideration received by the grantor, R & T 11911."

TITLE ORDER NO.                    ESCROW OR LOAN NO.

## QUITCLAIM DEED

R&T 11911 #13 or 8

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ — 0 —                CITY TAX $_____
☐ computed on full value of property conveyed, or ☐ computed on full value less value of liens or
encumbrances remaining at time of sale,
☐ Unincorporated area: ☒ City of _____ Los Angeles _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, *Compton Slauson Property*
*Enterprises, Inc and CSPEI Trust its sole shareholder*
hereby remise, release and forever quitclaim to    BEZAD KAHOOLYZADEH/BEZAD COHEN TRUST

the following described real property in the County of    Los Angeles    , State of California:

(See Legal Description attached)

Commonly known as: 5711 & 5721 Compton Avenue, Los Angeles, CA

*Compton Slauson Property Enterprises, Inc.*

*By: Michael P Goland Pres*

Dated    January 28, 2005

COMPTON SLAUSON ENTERPRISES, INC.
BY: MICHAEL GOLAND, President
CSPEI TRUST, by Michael Goland
Trustee
CSPEI Trust
By *Michael P Goland* Trustee

STATE OF CALIFORNIA,
COUNTY OF *LOS ANGELES*        ) s.s.

On   2/18/05      before me,    *Jay Kim, Notary Public*
(here insert name and title of the officer), personally appeared   *Michael Goland*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

JAY KIM
COMM. #1479460
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 29, 2008
BCT5

Signature   *Jay Kim*

DOCUMENT PROVIDED BY STEWART TITLE OF CALIFORNIA, INC.

QUITCLM.COC

05 0381456  4

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ } ss.

On _2/18/05_ , before me, _Jay Kim, Notary Public_
    Date                       Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Michael Goland_
                                Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal:]
JAY KIM
COMM. #1479460
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 29, 2008
BCT5  BCT5

Place Notary Seal Above

Signature _Jay Kim_
            Signature of Notary Public

───────── OPTIONAL ─────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _QUITCLAIM DEED_

Document Date: _1/28/05_            Number of Pages: _3_

Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer**
Signer's Name: _Michael Goland_
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☒ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _CSPEI TRUST_

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org     Prod. No. 5907     Reorder: Call Toll-Free 1-800-876-6827

*Exhibit 1*

05 0381456

5711 AND 5721 SOUTH COMPTON AVENUE, LOS ANGELES, CALIFORNIA 90011 (APN
#5104-028-025 AND 026) *5104-028-025 & 5104-028-026*

LOTS "B" "C" AND "D" OF RESUBDIVISION OF A PORTION OF SEXTON'S COMPTON AVENUE
TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
PER MAP RECORDED IN BOOK 9, PAGE 179 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER.




This page is part of your document - DO NOT DISCARD

**05 0381456**

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

**2:41 PM FEB  18 2005**

TITLE(S) :                    DEED





L E A D     S H E E T

| FEE | | | | D.T.T | |
|---|---|---|---|---|---|
| FEE $16    I<br>4 | | | | | |
| CODE<br>20 | | | | | |
| CODE<br>19 | | | | | |
| CODE<br>9 | | | | | |

NOTIFICATION SENT - $4

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.        Number of AIN's Shown



THIS FORM NOT TO BE DUPLICATED

RECORDING REQUESTED BY

**2**

**05 0381456**

AND WHEN RECORDED MAIL TO

NAME    GERRY BURK, Trustee
ADDRESS    1800 So. Robertson, #2205 # 227
CITY/STATE/ZIP    Los Angeles, CA 90035

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

TITLE ORDER NO. _____      ESCROW NO. _____      APN _____

Quit Claim Deed
5711 & 5721 Compton Avenue, Los Angeles, CA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

WHEN RECORDED MAIL TO:

Gerry Burk , Trustee
1702 S. Robertson #229
Los Angeles, CA 90035.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# ASSIGNMENT OF DEED OF TRUST

This Assignment of Deed of Trust is intended to replace the lost original Assignment of Deed of Trust attached as Exhibit A. For value received, the undersigned grants, assigns, conveys and transfers to :Gerry Burk as Trustee of the Bezad Kahoolyzadeh/Bezad Cohen Trust all beneficial interests in and to the Deed of Trust dated January 10, 1989 executed by BEZAD KAHOOLYZADEH, a single man, Trustor, to FIRST AMERICAN TITLE INSURANCE CO., a California Corporation, Trustee, and recorded as instrument No- 89-84668, on January 18, 1989, in the office of the County Recorder of Los Angeles County, California, describing land therein as:

LOTS "B", "C", AND "D" OF SUBDIVISION OF A PORTION OF SEXTON'S COMPTON AVENUE TRAC, IN THE CITY OF LOS ANGELES, COUTNY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9, PAGE 179 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Common Street Address: 5711-5721 Compton Ave., Los Angeles, CA 90011

TOGETHER with the note or notes therein described or referred to in that Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:  November 4 , 2013

MICHAEL GOLAND, PARTNER, KINGS CANYON PARTNER

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_

)
)ss
)

MICHAEL GOLAND, PARTNER
Kings Canyon Partner, a California General Partnership

On _NOV, 4, 2013_ _____ before me, a _Whami Hwang_, Notary Public, personally appeared _____ _Michael Goland_ who proved to me on the basis of satisfactory evidence) to be the person(s)  whose  name(s) is/are subscribed  to the within instrument and acknowledged  to  me that he/she/they  executed the same in his/her/their authorized capacity(ies),  and  that by his/her/their  signature(s) on the instrument  the person(s) or the entity upon  behalf of which  the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct

```
WHAMI HWANG
COMM. #1961724
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 25, 2015
```

WITNESS my hand and official seal.

Signature _Whami Hwang_

# EXHIBIT A

1800 S. Robertson #229
Los Angeles, CA 90035

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEEDS OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to:

Bezad Kahoolyzadeh/Bezad Cohen Trust 1800 S. Robertson #229 Los Angeles, CA 90035 the following two Deeds of Trust:

(1)    all beneficial interest under that certain Deed of Trust dated January 10, 1989 executed by BEZAD KAHOOLYZADEH, a single man, Trustor, to FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation, Trustee, and recorded as Instrument No., 89-67959, on January 13, 1989, in the office of the County Recorder of Los Angeles County, California, describing land therein as:

LOT 168 OF M.L. WICKS SUBDIVISION OF GARBOLINE-COOPER AND SOUTH AND PORTER TRACTS, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 16, PAGE 73 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THAT PORTION OF LOT 168 LYING SOUTHERLY OF A DIRECT LINE MEASURED BETWEEN A POINT ON THE EAST LINE OF LOT 161 OF SAID SUBDIVISION DISTANT SOUTHERLY 50 FEET FROM THE NORTHWEST CORNER OF SAID LOT, AND THE SOUTHWESTERLY CORNER OF LOT 171 OF SAID SUBDIVISION

EXCEPT THEREFROM ALL MINERAL RIGHTS IN AND TO SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AS RESERVED IN THE DEED RECORDED OCTOBER 17, 1978 AS INSTRUMENT NO. 78-1149792, OFFICIAL RECORDS

Common Street Address: 2450 East Eighth Street, Los Angeles, California 90021

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.,   AND,

(2)    all beneficial interest under that certain Deed of Trust dated January 10, 1989 executed by BEZAD KAHOOLYZADEH, a single man, Trustor, to FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation, Trustee, and recorded as Instrument No., 89-84668 , on January 18, 1989, in the office of the County Recorder of Los Angeles County, California, describing land therein as:

LOTS "B", "C", AND "D" OF SUBDIVISION OF A PORTION OF SEXTON'S COMPTON AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9, PAGE 179 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Common Street Address:  5711-5721 Compton Ave., Los Angeles, CA 90011

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust

Dated: April 20, 2005

Kings Canyon Partners, a California general partnership

By: Michael R. Goland, General Partner

STATE OF CALIFORNIA     )
                         ) ss
COUNTY OF LOS ANGELES    )

On APRIL 20, 2005 before me, NEERADA GARCIA, personally appeared MICHAEL GOLAND, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature

NEERADA GARCIA
Commission # T317464
Notary Public — California
Los Angeles County
My Comm. Expires Aug 11, 2005

(This area for official notarial seal)

1071 (1/94)

# ASSIGNMENT OF PROMISSORY NOTE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to:

Bezad Kahoolyzadeh/Bezad Cohen Trust 1800 S. Robertson #229 Los Angeles CA 90035

all of its rights, title and interest in and to the promissory note dated January 10, 1989, in the sum of One Hundred and Thirty Five Thousand Dollars ($135,000.00), executed by BEZAD KAHOOLYZADEH, a single man, and payable to Mercury Savings and Loans Association Loan number CLPME3357503003LA, together with all sums of money due and to become due thereon with interest  Said promissory note is secured by a Deed of Trust dated January 10, 1989 and recorded as Instrument No. 89-84668 on January 18, 1989 in the office of the County Recorder of Los Angeles County, California and also secured by a Deed of Trust dated January 10, 1989, and recorded as Instrument No. 89-67959 on January 13, 1989 in the office of the County Recorder of Los Angeles County, California.

Dated:  April 20, 2005                 Kings Canyon Partners, a California general partnership

                                        By:  Michael Goland, General Partner




This page is part of your document - **DO NOT DISCARD**



## 20131624180



Pages:
0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/14/13 AT 12:40PM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 27.00 |





L E A D S H E E T



201311140620029

00008552915



005892049

SEQ:
02

DAR - Counter (Upfront Scan)





THIS FORM IS NOT TO BE DUPLICATED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

Complaint

 

This page is part of your document - DO NOT DISCARD

## 20131683408



Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/26/13 AT 10:18AM

| | |
|---|---|
| FEES: | 19.00 |
| TAXES: | 5.60 |
| OTHER: | 0.00 |
| PAID: | 24.60 |

 



LEADSHEET



201311260940008

00008595336



005911145

SEQ:
02

DAR - Counter (Upfront Scan)





THIS FORM IS NOT TO BE DUPLICATED



WHEN RECORDED MAIL TO:

Gerry Burk , Trustee, 5721 Trust
1702 S. Robertson #229
Los Angeles, CA 90035.

## GRANT DEED

APN:  5104-028-025 and 5104-028-026

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX is $ ⟨80⟩ ⟨44⟩  / 10  $4650 ....TY TAX is $_____

◻ EXEMPTION CODE is:_____

◻ computed on full value of property conveyed, or

◻ computed on full value less value of liens or encumbrances remaining at time of sale,

◻ Unincorporated area _____ ◻ City of _____, and

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, GERRY BURK, TRUSTEE OF THE BEZAD KAHOOLYZADEH / BEZAD COHEN TRUST GRANT(s) to GERRY BURK, TRUSTEE OF THE 5721 TRUST
BURK 88

The following described real property in the City of Los Angels, County of Los Angeles, State of California:

LOTS "B", "C", AND "D" OF SUBDIVISION OF A PORTION OF SEXTON'S COMPTON AVENUE TRACT IN THE CITY OF LOS ANGELES, COUTNY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9, PAGE 179 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Common Street Address: 5711-5721 Compton Ave., Los Angeles, CA 90011

Dated: November 25, 2013

STATE OF CALIFORNIA                    }ss
COUNTY OF LOS ANGELES

On Nov. 25, 2013 _____ before me,
Whami Hwang _____, a Notary
Public, personally appeared
Gerry Burk
who proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) or the entity upon behalf
of which the person(s) acted, executed the instrument

I certify under penalty of perjury under the laws of the State of California
that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature _Whami Hwang_

_Gerry Burk_

GERRY BURK, TRUSTEE OF THE BEZAD KAHOOLYZADEH /
BEZAD COHEN TRUST

WHAMI HWANG
COMM. #1961724
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 25, 2015

MAIL TAX STATEMENTS AS DIRECTED ABOVE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

Recording Requested by:

Gerry Burk

WHEN RECORDED MAIL TO:

Gerry Burk
1702 S. Robertson #229
Los Angeles, CA 90035.

Forward Tax Statements to
To the above address

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Trustee's Deed Upon Sale

(1) The grantee herein was the foreclosing beneficiary
(2) Tho amount of the unpaid deb together with costs was.............................$1,080,462.80
(3) The amount paid by the grantee at the trustee's sale was.......................$300,000.00
(4) The documentary transfer tax is...................................................................$0.00
(5) Said Property is in the City of Los Angeles, County of Los Angeles

Gerry Burk, as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, expressed or implied, to

**Kings Canyon Consortium, Inc. a Nevada Corporation**

(herein called Grantee) all rights, titles and interests held by Trustee in and to that certain property situated in the City of Los Angeles, County of Los Angeles, State of California described as follows in:

LOTS "B", "C", AND "D" OF SUBDIVISION OF A PORTION OF SEXTON'S COMPTON AVENUE TRAC, AS PER MAP RECORDED IN BOOK 9, PAGE 179 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, commonly known as 5711-5721 Compton Ave., Los Angeles, CA 90011,  APN: 5104-028-025 & 5104-028-026

Trustee states that this conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated  January 10, 1989 and executed by **BEHZAD KAHOOLYZDEH AKA BEZAD COHEN, a married man as his sole and separate property as  Trustor** in favor of  MERCURY SAVINGS AND LOAN ASSOCIATION, Beneficiary and recorded January 18, 1989 as Instrument No. 89-84668 in the office of the County Recorder of Los Angeles County, California, after fulfillment of the terms and conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

Trustee has complied with all applicable statutory requirements regarding the mailing of copies of Notice of Default and the mailing, publication and posting of copies of the Notice of Sale. Said property was sold by Trustee at public auction on June 25, 2014, at the place named in the Notice of Sale to Grantee as highest bidder.

Dated: June 26, 2014

Gerry Burk, Trustee

STATE OF CALIFORNIA                              }
COUNTY OF LOS ANGELES                            }ss
                                                 }

On June 26, 2014 before me, _Glynis Diana Bruner_ , a Notary Public, personally appeared Gerry Burk who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature 
_Glynis Diana Bruner._

GLYNIS DIANA BRUNER
COMM. #1964596
Notary Public - California
Los Angeles County
My Comm. Expires Aug. 30, 2015

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION

The undersigned declares that I have read the foregoing document and that the matters stated therein are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury, under the laws of the State of California that the above is true and correct and that this verification was executed this November 23, 2020 at Los Angeles, California

By _____

Bezad Cohen, Plaintiff